IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| ESTATE OF ISSAC ANDREW STERETT, *et al.*, | ) ) ) CASE NO: 4:21-CV-79-JHM |
| PLAINTIFFS, | ) ) **NOTICE OF REMOVAL** |
| v. | ) ) |
| TBM CARRIERS, INC., *et al.*, | ) ) |
| Defendants. | ) |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY:**

1. TBM Carriers, Inc. ("TBM"), Roberto Ignacio Mejia Enriquez, and Jose Alberto Temix Goxcon (collectively "Defendants") are defendants in a civil action brought against it in the Commonwealth of Kentucky, Ohio Circuit Court, captioned *Estate of Issac Andrew Sterett, et al. v. TBM Carriers, Inc.,* Case No. 21-CI-00185, on the docket of said court. Pursuant to 28 U.S.C. § 1446(a), copies of all process and pleadings served in that action are attached hereto.

2. This action was commenced by filing of the Complaint on July 9, 2021.

3. Brian Howard, on behalf of the Kentucky Secretary of State, was served a copy of the Complaint on behalf of Defendants on July 16, 2021.

4. Plaintiff Issac Andrew Sterett was a citizen of the State of Kentucky and resided or was otherwise located in Daviess County, Kentucky. Issac Sterett passed on July 10, 2021.

5. Plaintiffs Katherine E. Sterett, William L. Sterett, IV, Maxwell Braden Sterett and John Reid Sterett are citizens of the State of Kentucky and reside or are otherwise located in Daviess County, Kentucky.

6. TBM is a corporation organized and existing under the laws of the State of Nevada, having its principal place of business in the State of Nevada.

7. Mr. Mejia and Mr. Temix are citizens of the Country of Mexico.

8. This action is a controversy between citizens of different states/countries, as to give rise to complete diversity of citizenship within the meaning of 28 U.S.C. § 1332.

9. The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

10. This is a civil action brought in the state court in which the United States District Court has original jurisdiction because of diversity of citizenship and the Defendants are not citizens of the State of Kentucky, in which this action was brought.

WHEREFORE, Defendants hereby remove this action from the Commonwealth of Kentucky, Ohio Circuit Court to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted,

*/s/ Steven G. Janik*
STEVEN G. JANIK (95251)
JANIK L.L.P.
9200 South Hills Blvd., Suite 300
Cleveland, Ohio 44147
Phone: (440) 838-7600 * Fax: (440) 838-7601
Email: Steven.Janik@janiklaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2021, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

In addition, a copy was served via regular U.S. Mail, postage prepaid, or electronic mail upon:

John David Meyer
Meyer & Meyer
100 East Veterans Blvd.
Owensboro, KY 42303
jdmeyerlaw@bellsouth.net
*Counsel for Plaintiff*

/s/ Steven G. Janik
*Counsel for Defendants*